952 P.2d 746

**Robert L. BARNES and Janice E. Barnes, dba Bob Barnes Farms, Plaintiffs/Appellants,**

v.

**SANDOZ CROP PROTECTION COR-PORATION, a Delaware corporation, Defendant/Appellee.**

No. CV–97–0129–PR.

Supreme Court of Arizona.

Dec. 22, 1997.

### ORDER

We granted the petition for review in this case on June 24, 1997, but have been presented with a stipulation to dismiss it because the parties have settled the matter.

We therefore dismiss the petition for review on grounds of mootness. This order shall be published.